PROB 12C
(7/93)

Report Date: December 6, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 6 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Jose Lopez-Ruiz        Case Number: 2:07CR00113-001

Address of Offender: Chelan County Jail, 401 Washington Street, 2nd Level, Wenatchee, WA 98801

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 9/25/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(1) | |
| Original Sentence: | Prison - 6 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 2/11/2008 |
| Defense Attorney: | Jaime Hawk | Date Supervision Expires: 2/10/2011 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

         **Supporting Evidence**: On May 17, 2009, the offender was arrested by the East Wenatchee Police Department in Wenatchee, Washington, for use/deliver drug paraphernalia and possession of another's identity. A pretrial conference is scheduled for December 8, 2010. A police report has been requested, however, not yet received.

         On November 12, 2010, the offender was arrested in Wenatchee, Washington, for Ct. 1: drivers license proof of identity; Ct. 2: vehicle operator - refuse to comply with police; Ct. 3: unlawful drug paraphernalia use; Ct. 4: possession of a stolen vehicle, and Ct. 5: resisting arrest. A trial date in this matter is scheduled for January 15, 2011. A police report has been requested, however, not yet received.

2        **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

Prob12C
Re: Lopez-Ruiz, Juan Jose
December 6, 2010
Page 2

<u>Supporting Evidence</u>: Mr. Lopez-Ruiz is a citizen and national of Mexico. He was last arrested and deported from the United States at San Ysidro, California, on March 1, 2008. Mr. Lopez-Ruiz was located on or about November 13, 2010, by an Immigration Enforcement agent in the Chelan County Jail for use/deliver drug paraphernalia and possession of another's identity. The defendant has neither applied for nor has he been granted permission from the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States after deportation.

On December 1, 2010, the defendant was indicted under cause number 2:10CR00164-001, in the Eastern District of Washington for Alien in the United States after deportation, in violation of 8 U.S.C. § 1326.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2010

s/Brenda Kuest

Brenda J. Kuest
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

12/6/10
Date